**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CONSENT ORDER MODIFYING CONDITIONS OF RELEASE** |
| v. | |
| ROCCO AMERICO MALANGA, | Case Number:  20-MJ-8452 (JAD) |
| Defendant. | |

This matter having come before the Court on an application of Defendant Rocco Americo Malanga ("Defendant") (by Edward Dauber, Esq. of Greenberg Dauber Epstein & Tucker, P.C.) for an Order granting a modification of the November 19, 2020 Order Setting Conditions of Release so as to allow Defendant to change his residency from New Jersey to Florida, and Rachel Honig, Acting United States Attorney for the District of New Jersey (by Blake Coppotelli, Assistant United States Attorney), having consented to this modification, and Pretrial Services having indicated its assent thereto, and for good and sufficient cause shown,

IT IS ORDERED on this _____ day of _____, 2021 that, effective on a date to be determined by Pretrial Services, in consultation with Defendant, the November 19, 2020 Order Setting Conditions of Release is hereby modified such that the condition of release restricting Defendant's travel to New Jersey is hereby vacated and modified such that Defendant's travel is restricted to Florida unless approved by Pretrial Services.

IT IS FURTHER ORDERED that all other provisions of the November 19, 2020 Order Setting Conditions of Release shall remain in full force and effect.

_____
HONORABLE
United States Magistrate Judge

1

Form and entry consented to:

Edward J. Dauber, Esq.
Counsel for Defendant Rocco A. Malanga

Blake Coppotelli
Assistant United States Attorney